## Anders *v.* Vare, Appellant.

Argued Jan. 12, 1912. Appeal, No. 160, Jan. T., 1911, by Edwin H. Vare, from decree of C. P. No. 4, Phila. Co., Dec. T., 1910, No. 807, on bill in equity in case of Howard S. Anders et al. *v.* City of Philadelphia, John E. Reyburn, Mayor, etc. et al. and Edwin H. Vare. Before Fell, C. J., Brown, Mestrezat, Potter, Elkin, Stewart and Moschzisker, JJ. Appeal dismissed.

Bill in equity. Before Willson, P. J.

*Francis Shunk Brown,* of *Simpson, Brown & Williams,* with him *John C. Bell,* for appellant.

*Thomas Raeburn White,* for appellees.

Per Curiam, February 19, 1912:

To a suggestion by the appellants, duly filed, to the effect that the question sought to be raised by this appeal has become moot, the appellees make answer admitting the facts set out in the suggestion and consenting that the appeal be dismissed at the cost of appellant, Edwin H. Vare. It is accordingly so ordered.